# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 6:07-CR-30-ORL-19JGG

ALLEN L. MILLER

## ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 20, filed March 23, 2007) and no objection thereto having been filed, it is **ORDERED:**

1.   The Report and Recommendation of the United States Magistrate Judge (Doc. No. 20) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.   Defendant Allen L. Miller has entered a plea of guilty to Counts One and Two of the Information knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One and Two of the Information.

3.   Ruling on acceptance of the Plea Agreement (Doc. No. 8, filed March 9, 2007) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this ___29th___ day of March, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy